# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Gary Feinerman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 7230 | **DATE** | 9/20/2011 |
| **CASE TITLE** | Schrock vs. Wenner Media, et al. | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Plaintiff Schrock's oral motion to voluntarily dismiss her claims pursuant to Rule 41(a)(2) is granted. (Because answers have been filed [32][34], Plaintiff Schrock may not voluntarily dismiss her action pursuant to Rule 41(a)(1)(A)(i).) Plaintiff Schrock's claims against Defendant Wenner are dismissed without prejudice; see below for conditions. Plaintiff Schrock's oral motion to withdraw her motion to substitute plaintiff and to file second amended complaint [61] is granted. Plaintiff Schrock's motion to substitute plaintiff and to file second amended complaint [61] is withdrawn. Plaintiff Schrock's motion to certify class [19], Defendants' joint motion to compel [46], Plaintiff Schrock's motion for leave to file second amended complaint [47], Plaintiffs Hubbard's and Mills' motion for class certification [62], Defendant Wenner's motion to transfer [67], and Defendant Wenner's motion for leave to file sur-reply [74] are denied as moot. Civil case closed.

■[ For further details see text below.]   Docketing to mail notices.

00:10

**STATEMENT**

The court has dismissed Plaintiff Schrock's claims without prejudice, as opposed to with prejudice, only because the dismissal without prejudice is made on two conditions. First, if Plaintiff Schrock re-files her claims against Defendant Wenner (or any of its affiliates, officers, or employees) in this court, the case will be assigned to Judge Feinerman. Second, if Plaintiff Schrock re-files her claims against Wenner (or any of its affiliates, officers, or employees) in any court, Schrock must comply with the discovery obligations referenced in the motion to compel [46], the 6/20/2011 order [54], and the 7/21/2011 order [59], and also must produce for deposition every single individual (including the attorney identified in open court) who called at least one of the toll-free numbers set forth in the text messages allegedly sent to Schrock.

Courtroom Deputy Initials: JD